UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN - 9 2008
6-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael R. Patten

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart
Godines Salvaidar
Director, Romaro
Director, Ms. Couture
Dr. Yu

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case
(To

08CV3320
JUDGE COAR
MAG. JUDGE DENLOW

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Michael R. Patten

   B. List all aliases: ___

   C. Prisoner identification number: 2008 0001975

   D. Place of present confinement: Cook County Jail Div 11

   E. Address: P/O Box 089002 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Tom Dart
      Title: Sheriff of Cook County Jail
      Place of Employment: Cook County D.OC.

   B. Defendant: Godines Salvaidor
      Title: Director Cook County Jail
      Place of Employment: Cook County Jail

   C. Defendant: Mr. Romoro
      Title: Director Div 11, Cook County Jail
      Place of Employment: Div 11 Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Michael R. Patten on or about Jan. 17. 2008 Sliped and fell in the shower at div. 11 Ag. Do to the lack of a none skid surface, cleaning supples, cleaning and hand rail I fell injury my Low back. After the accident i i reported injury to my officer name. Ms. Daniels then she call for Capt. Coster thay never call for the paramedic and never took me to the Hospial, just send me to the dispensary where the nurse examine me set me up with a doctor appointment and gave me a ibuprofen. Do to the lack of medical treatment or litte or none i am still suffering.

D. Defendant: Director, Couture

Title: Director Cermak Health Services of Cook County Jail
Place of Employment: Cermak Health Services of Cook County

E. Defendant: Dr. Yu

Title: Doctor at Div. 11

Place of Employment: Cook County Jail Div 11

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I humbly request the Honorable Court to issue and order declaring Defendants #1, #2 to pay Punitive Damages in the amount of $150,000 and Compensatory Damage each in the amount of $40,000 or what is Fair for my Suffering.

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this May day of 13, 2008

Michael Patten
(Signature of plaintiff or plaintiffs)

Michael Patten
(Print name)

#2008001975
(I.D. Number)

P.O. Box #089002
Chicago, Illinois 60608
(Address)

6

Revised 9/2007